[No. 26167-7-II. Division Two. August 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. IRA MICHAEL CRANSHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01397-4, Vicki L. Hogan, J., entered July 7, 2000. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Bridgewater, JJ.

[No. 26944-9-II. Division Two. August 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN J. HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-1-00358-6, George L. Wood, J., entered January 26, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Bridgewater, JJ.

[No. 27007-2-II. Division Two. August 16, 2002.]

THOMAS A. REINA, ET AL., *Appellants*, v. DONG WAN KIM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-07082-5, Sergio Armijo, J., entered February 9, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27193-1-II. Division Two. August 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. D.K., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-8-00801-9, William J. Kamps, J., entered May 30, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.